```
           FILED        LODGED
           RECEIVED     COPY

              OCT 2 3 2019

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Loren McReynolds,<br><br>　　　　Defendant. | No.  CR-19-08245-PCT-DGC (ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of Firearm or Ammunition by Convicted Felon)<br>Count 1<br><br>16 U.S.C. § 1338(a)(3)<br>(Maliciously Causing Death or Harassment of Wild Burro)<br>Counts 2 and 3<br><br>16 U.S.C. §§ 3372(a)(1), 3372(a)(4), 3372(c), and 3373(d)(2)<br>(Lacey Act Violation)<br>Count 4<br><br>16 U.S.C. §§ 3372(a)(1) and 3373(d)(2)<br>(Lacey Act Violation)<br>Count 5<br><br>16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B)<br>(Lacey Act Violation)<br>Count 6<br><br>31 U.S.C. § 5324(a)(3) and (d)<br>(Structuring to Evade Reporting Requirements)<br>Counts 7 and 8<br><br>16 U.S.C. § 3374, 18 U.S.C. §§ 924(d), 981 and 982, 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

Between on or about July 1, 2017 and September 7, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm (to wit: Bushmaster Model XM15-E2S 5.56mm caliber rifle) and ammunition (to wit: .223 Rem ammunition with head-stamp "LC 15", .223 Rem ammunition with head-stamp ".223 REM BPZ", and .22LR ammunition with head-stamp "Rem").

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about January 10, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, maliciously caused the harassment of a wild burro.

In violation of Title 16, United States Code, Section 1338(a)(3).

## COUNT 3

On or about January 11, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, maliciously caused the death and harassment of a wild burro.

In violation of Title 16, United States Code, Section 1338(a)(3).

## COUNT 4

Between on or about April 5, 2016 and January 13, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly attempt to receive and acquire wildlife (to wit: mule deer), and when in the exercise of due care, the defendant should have known that said wildlife was sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically Title 36, Code of Federal Regulations, Section 261.10(c).

In violation of Title 16, United States Code, Sections 3372(a)(1), 3372(a)(4), 3372(c), and 3373(d)(2).

**COUNT 5**

Between on or about September 3 and September 4, 2013, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly transport, receive, and acquire wildlife (to wit: a deer), and when in the exercise of due care, the defendant should have known that said wildlife was taken in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 36, Code of Federal Regulations, Section 2.1(a)(1)(i), and Title 36, Code of Federal Regulations, Section 2.2(a)(1).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2).

**COUNT 6**

Between on or about March 3, 2013 and April 3, 2016, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly engage in conduct that involved the sale of, offer of sale, and intent to sell wildlife (to wit: elk antlers) with a market value in excess of $350.00, and did knowingly transport and sell said wildlife knowing that said wildlife was taken and possessed in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 36, Code of Federal Regulations, Section 2.1(a)(1)(i).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

**COUNT 7**

Between on or about April 2, 2013 and August 27, 2013, in the District of Arizona, defendant, LOREN MCREYNOLDS, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure transactions at a domestic financial institution, Arizona Central Credit Union.

In violation of Title 31, United States Code, Sections 5324(a)(3) and (d).

**COUNT 8**

On or about July 5, 2016, in the District of Arizona, defendant, LOREN MCREYNOLDS, knowingly and for the purpose of evading the reporting requirements of

Case 3:19-cr-08245-DGC   Document 1   Filed 10/23/19   Page 4 of 5

Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure transactions at a domestic financial institution, Arizona Central Credit Union.

In violation of Title 31, United States Code, Sections 5324(a)(3) and (d).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code, Section 2461(c), and Title 31, United States Code, Section 5317, and upon conviction of one or more of the offenses alleged in Counts 1 through 8 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any wildlife acquired or equipment used in the commission of such offense and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

(1) Shoulder mount of deer seized on September 7, 2017; and

(2) Obsession brand, Fusion 6 model compound bow.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third party;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title

16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code Section 2461(c), and Title 31, United States Code, Section 5317.

All in accordance with Title 16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code Section 2461(c), Title 31, United States Code, Section 5317, and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 23, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona


*s/*
ALEXANDER W. SAMUELS
JAMES KNAPP
Assistant U.S. Attorneys