

FILED _____ LODGED
RECEIVED _____ COPY

OCT 2 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square                  Main:    (602) 514-7500
40 N. Central Ave., Suite 1800          Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

October 23, 2019

Honorable Camille D. Bibles
United States Magistrate Judge
123 North San Francisco Street, Suite 200
Flagstaff, Arizona 86001

     Re:   *United States v. Loren McReynolds*
          USAO No. 2017R07682
          Court No.  **CR-19-08245-PCT-DGC (ESW)**

Dear Magistrate Judge Bibles:

     This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all of the available records in our office, to include internal computer data, and determined that:

     <u>A CONFLICT MAY EXIST</u>

☒   To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates: October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2018.

     <u>NO PROBABLE CONFLICT</u>

☐   My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

     Please feel free to contact me with any questions. Thank you.

                    Sincerely,

                    MICHAEL BAILEY
                    United States Attorney
                    District of Arizona

                    ALEXANDER W. SAMUELS
                    JAMES KNAPP
                    Assistant United States Attorneys

AWS/dns



Two Renaissance Square     Main:   (602) 514-7500
40 N. Central Ave., Suite 1800    Main Fax:   (602) 514-7693
Phoenix, AZ 85004-4408

October 23, 2019

Honorable Dominic W. Lanza
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 W. Washington Street, SPC 46
Phoenix, Arizona 85003-2151

     Re:    *United States v. Loren McReynolds*
           USAO No. 2017R07682
           Court No.

Dear Judge Lanza:

     This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☒    A CONFLICT MAY EXIST

     ☐     The case or matter was in the White Collar Fraud and Public Corruption Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**December 2, 2012 through January 24, 2015**).

     ☒     The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Criminal Division (**January 25, 2015 through September 11, 2018**).

     ☐     My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**October 14, 2008 through September 11, 2018**).

☐    NO PROBABLE CONFLICT

     ☐     My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the White Collar Fraud and Public Corruption Section when you supervised that section (**December 2, 2012 through January 24, 2015**); and 3) the case or matter was not in the office when you had supervisory authority over the Criminal Division (**January 25, 2015 through September 11, 2018**).

                          Sincerely,

                          MICHAEL BAILEY
                          United States Attorney
                          District of Arizona

                          ALEXANDER W. SAMUELS
                          JAMES KNAPP
                          Assistant United States Attorneys

AWS/dns