**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Loren Joel McReynolds,<br><br>    Defendant. | No. CR-19-8245-01-PCT-DGC<br><br>**ORDER** |

Defendant Loren Joel McReynolds has filed a Motion to Release (Doc. 64) and Motion for Detention Hearing (Doc. 67). The government filed a response a month ago (Doc. 69), and Defendant has filed no reply. The Court will deny Defendant's motions.

Defendant pled guilty in the predecessor case to possession of a firearm or ammunition by a convicted felon, and was sentenced in October 2019 to 46 months in prison. *See* CR-18-08052-001-PCT-DGC, Doc. 117. Defendant currently is serving that sentence. Defendant has appealed (*id.* Doc. 115), but makes no argument that he satisfies the conditions for release pending appeal set forth in 18 U.S.C. 3143(B)(1). Defendant has provided no basis for release from the custody sentence he is now serving.

In addition, even if Defendant was not subject to detention for his 46-month sentence, he has not shown that he should be released from custody in this case. As the government notes, Defendant's pretrial custody has been litigated on several occasions in the predecessor case that contained most of the charges in this matter, and in each instance

he was detained. *See* Doc. 69 at 2. Although Defendant contends that he is suffering from a serious medical condition and risks paralysis, be provides no medical records – from his current facility or from prior medical treatment – to support these assertions. He claims that he does not have the resources to obtain such records, but many incarcerated parties are able to obtain medical records from their current facility. What is more, Defendant was represented by counsel in this case (and the predecessor case) until mid-February of this year (Doc, 61), and was appointed standby counsel and a paralegal in this case in early March (Doc. 73). The Court cannot accept Defendant's assertion of his severe medical condition without any substantiation, and cannot accept his assertion that he lacks the means to obtain medical records.

**IT IS ORDERED** that Defendant's Motion to Release (Doc. 64) and Motion for Detention Hearing (Doc. 67) are **denied**.

Dated this 3rd day of April, 2020.

David G. Campbell
Senior United States District Judge