**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

United States of America,

     Plaintiff,

v.

Loren Joel McReynolds,

     Defendant.

No. CR-19-8245-01-PCT-DGC

**ORDER**

   The jury trial in this case is scheduled to start on December 8, 2020.  As the Court has watched the recent resurgence of COVID-19 infections nationally and in Arizona, it has concluded, reluctantly, that the trial must again be postponed.  As Chief Judge G. Murray Snow noted in a general order entered yesterday:

> [T]he COVID-19 (novel coronavirus) outbreak remains both a global and a national public health emergency; A new spike of coronavirus cases beginning during the month of October both worldwide and nationwide is numerically more pronounced in many locations than previous spikes including Arizona's neighboring states of New Mexico and Utah; Transmission rates remain high in Mexico which borders Arizona on the south; Epidemiologists anticipate that autumn and winter weather will cause serious increases in the transmission of the virus as more time is spent indoors; The number of new cases in Arizona and its constituent counties have been again rising during the month of October; The positivity rate for Coronavirus tests in Arizona has more than doubled from the last week of September to a current rate of 11.73 percent; and The number of hospitalization and ICU admissions have risen during the month of October.

General Order 20-39, dated November 5, 2020 (numbering of sentences omitted).  The United States reported more than 120,000 new COVID-19 cases yesterday, the highest number reported in this country during the pandemic, and Arizona reported more than 2,000 new cases, a significant increase from infection levels only a few weeks ago.

Chief Judge Snow has ordered that "[a]ll civil jury trials not presently begun but scheduled either for the month of November or December shall be postponed until further notice unless authorized to proceed by both the assigned trial judge and the Chief Judge." *Id.* at 2.  He has further stated:  "Only criminal jury trials that must proceed shall continue as scheduled.  In evaluating whether a criminal case must proceed the trial court shall consider among other appropriate factors: whether the trial would require trial participants, jurors and others to expose themselves to high risks of COVID-19 transmission through necessary travel, lodging and eating arrangements."  *Id.*

This Court finds that an early December trial in this case "would require trial participants, jurors and others to expose themselves to high risks of COVID-19 transmission through necessary travel, lodging and eating arrangements."  *Id*.  The Court makes the same finding it made last June:

> With infection rates rising significantly, the Court concludes that a jury trial would jeopardize public health and safety.  Sixty prospective jurors would be required to travel from Northern Arizona to the federal courthouse in Phoenix.  They . . . would be required to visit public places along the way, gather together in the federal courthouse for most of a day, and likely stay overnight in a hotel and eat at restaurants.  The 14 or 15 jurors chosen to serve would be required to gather daily in the courthouse with the parties, lawyers, witnesses, security, and court staff, and would be required to live in hotels and eat at restaurants for more than a week.  Jury service would significantly increase their chances of exposure to the illness. . . .

> The Court concludes that it would be difficult to seat a representative jury in these conditions.  Many prospective jurors likely would not attend trial out of concern for their health.  And the high infection rates would make it difficult for jurors and witnesses to focus solely on the evidence without distractions caused by health concerns and possible sources of infection.

- 2 -

Doc. 109 at 1-2.  In addition, because Defendant is asserting his right to have all witnesses testify in person, as he is entitled to do under the Constitution, many witness from Northern Arizona would be required to travel to Phoenix, stay in hotels, and eat in restaurants.

The Court therefore will cancel the trial set for December 8, 2020, and the final pretrial conference set for November 16, 2020.  Trial will be rescheduled for **January 12, 2021**, and the final pretrial conference will be reset for **December 18, 2020, at 1:00 p.m.**

The Court finds that the ends of justice served by this delay outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  This finding is based on the fact that the increasing infection rates from the current pandemic would seriously impair the Court's ability to seat a fair and representative jury and to conduct a fair trial, and therefore would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  The Court also finds that the ends of justice require not only a fair trial, but also a safe trial for the jury, the parties, the witnesses, security personnel, and the Court's staff, and that these interests – given conditions in the current pandemic – outweigh the best interests of the public and Defendant in a speedy trial.  The Court further notes that time is excluded during the current pendency of pretrial motions. 18 U.S.C. § 3161(h)(1)(D).

Dated this 6th day of November, 2020.

David G. Campbell
Senior United States District Judge